IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 98-cv-01641-REB-BNB

CAPITOL PACKAGING CORPORATION, a Colorado corporation;
FREDERICK A. WISE, a Colorado resident; and
RAYMOND R. SAINZ, a Colorado resident,

Plaintiffs,

v.

STONE CONTAINER CORPORATION, a Delaware corporation;
JEFFERSON SMURFIT CORPORATION (U.S.), a Delaware corporation;
CCL LABEL, INC., a Michigan corporation;
CCL INDUSTRIES CORPORATION, a Delaware holding corporation; and
GATEWAY, INC., a Delaware corporation,

Defendants.
_____

**ORDER**
_____

This patent infringement suit is set for a settlement conference on November 1, 2005, at 1:00 p.m. I have reviewed the parties' confidential settlement statements and determined that a conference at this time would be a waste of resources. Discovery and pretrial proceedings are on-going, however, and a settlement conference may be useful after the close of discovery.

IT IS ORDERED that the settlement conference set for November 1, 2005, at 1:00 p.m., is VACATED and RESET to **June 1, 2006, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit to my chambers only supplemental confidential settlement statements on or before **May 25, 2006**, containing a discussion of the facts and issues in the case and containing also a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and all other

essential terms of a settlement.

Dated October 27, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge