IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-01641-REB-BNB

CAPITOL PACKAGING CORPORATION, a Colorado corporation;
FREDERICK A. WISE, a Colorado resident; and
RAYMOND R. SAINZ, a Colorado resident,

Plaintiffs,

v.

STONE CONTAINER CORPORATION, a Delaware corporation,
JEFFERSON SMURFIT CORPORATION (U.S.), a Delaware corporation,
CCL LABEL, INC., a Michigan corporation,
CCL INDUSTRIES CORPORATION, a Delaware holding corporation, and
GATEWAY, INC., a Delaware corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　IT IS ORDERED that the **Motion to Join Defendant Gateway, Incorporated In the Confidentiality Stipulation and Protective Order**, filed November 3, 2005, is DENIED for failure to comply with the requirements of D.C.COLO.LCivR 7.1A.

DATED:  November 4, 2005