IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 98-CV-1641-REB-BNB

CAPITOL PACKAGING CORPORATION, a Colorado corporation;
FREDERICK M. WISE, a Colorado resident; and
RAYMOND R. SAINZ, a Colorado resident,

Plaintiffs,

v.

STONE CONTAINER CORPORATION, a Delaware corporation;
JEFFERSON-SMURFIT CORPORATION, a Delaware corporation;
CCL LABEL, INC., a Michigan corporation;
CCL INDUSTRIES CORPORATION, a Delaware holding corporation; and
GATEWAY, INCORPORATED, a Delaware corporation

Defendants.

## [~~PROPOSED~~] ORDER JOINING DEFENDANT GATEWAY IN THE CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

The Court, having considered the *Confidentiality Stipulation and Protective Order* signed by counsel for Defendant, Gateway, Incorporated, filed on November 9, 2005, it is

ORDERED that Defendant, Gateway, Incorporated is joined in the Confidentiality Stipulation and Protective Order.

Dated this 9th day of November, 2005

_____
United States Magistrate Judge