IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 98-cv-01641-REB-BNB

CAPITOL PACKAGING CORPORATION, a Colorado corporation;
FREDERICK A. WISE, a Colorado resident; and
RAYMOND R. SAINZ, a Colorado resident,

Plaintiffs,

v.

STONE CONTAINER CORPORATION, a Delaware corporation;
JEFFERSON-SMURFIT CORPORATION, a Delaware corporation;
CCL LABEL, INC., a Michigan corporation;
CCL INDUSTRIES CORPORATION, a Delaware holding corporation; and
GATEWAY, INCORPORATED, a Delaware corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendant Gateway, Incorporated's Motion to Join Temple-Inland As Plaintiff Capitol Packaging, Inc.'s Successor In Interest** [Doc. # 227, filed 5/15/06] (the "Motion"). The Motion seeks an order pursuant to Rule 25(c), Fed. R. Civ. P., joining Temple-Inland, Inc., as the successor in interest to plaintiff Capitol Packaging Corporation.

Rule 25(c) requires that a motion to join a party as successor in interest be served on the party to be joined "as provided in subdivision (a) of this rule," which requires service "upon persons not parties in the manner provided in Rule 4." No proof of service of the Motion upon Temple-Inland, Inc., has been provided.

IT IS ORDERED that defendant Gateway, Incorporated ("Gateway"), shall file on or before **June 1, 2006**, proof of service of the Motion on Temple-Inland, Inc.

IT IS FURTHER ORDERED that Temple-Inland shall serve a copy of this order on Temple-Inland, Inc., on or before **June 1, 2006**, and provide proof of that service promptly thereafter.

IT IS FURTHER ORDERED that Temple-Inland shall respond to the Motion on or before **June 21, 2006**.

Dated May 19, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge