IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 98-cv-01641-REB-BNB

CAPITOL PACKAGING CORPORATION, a Colorado corporation;
FREDERICK A. WISE, a Colorado resident; and
RAYMOND R. SAINZ, a Colorado resident,

Plaintiffs,

v.

STONE CONTAINER CORPORATION, a Delaware corporation;
JEFFERSON-SMURFIT CORPORATION, a Delaware corporation;
CCL LABEL, INC., a Michigan corporation; and
GATEWAY, INCORPORATED, a Delaware corporation,

Defendants.
_____

**ORDER**
_____

This matter was set for a settlement conference today at 1:30 p.m. I held a status conference with counsel yesterday concerning the settlement conference. At the request of the parties:

IT IS ORDERED that the settlement conference set for today is VACATED.

IT IS FURTHER ORDERED that a settlement conference will be held on **June 23, 2006, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person. Each party shall submit a confidential settlement statement to my chambers on or before **June 16, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the

client will accept or pay in settlement and all other essential terms of a settlement.

IT IS FURTHER ORDERED that defendant CCL Label, Inc., is excused from attendance at the settlement conference.

Dated June 1, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge