IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-01641-REB-BNB

CAPITOL PACKAGING CORPORATION, a Colorado corporation;
FREDERICK A. WISE, a Colorado resident; and
RAYMOND R. SAINZ, a Colorado resident,

Plaintiffs,

v.

STONE CONTAINER CORPORATION, a Delaware corporation,
JEFFERSON SMURFIT CORPORATION (U.S.), a Delaware corporation,
CCL LABEL, INC., a Michigan corporation,
CCL INDUSTRIES CORPORATION, a Delaware holding corporation, and
GATEWAY, INC., a Delaware corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion to Vacate and Reset Pretrial Conference** [docket no. 236, filed June 6, 2006] (the "Motion").

     IT IS ORDERED that the Motion is DENIED and the Pretrial Conference will go forward on Monday, **June 12, 2006, at 1:30 p.m.**, as previously ordered.

DATED:  June 8, 2006