IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 98-cv-01641-REB-BNB

CAPITOL PACKAGING CORPORATION, a Colorado corporation;
FREDERICK A. WISE, a Colorado resident; and
RAYMOND R. SAINZ, a Colorado resident,

Plaintiffs,

v.

STONE CONTAINER CORPORATION, a Delaware corporation;
JEFFERSON-SMURFIT CORPORATION, a Delaware corporation;
CCL LABEL, INC., a Michigan corporation; and
GATEWAY, INCORPORATED, a Delaware corporation,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference. Incomplete proposed pretrial orders were submitted separately by the plaintiffs and by Gateway, Incorporated. Both proposed pretrial orders were rejected.

In addition, I am informed that a settlement has been reached which will resolve all claims by or against CCL Label, Inc.

Consistent with matters discussed at the conference this afternoon:

IT IS ORDERED that a supplemental final pretrial conference is set for **July 17, 2006, at 4:00 p.m.** The parties shall submit, on or before **July 12, 2006**, a proposed final pretrial order, consistent with Appendix G to the local rules of practice, D.C.COLO.LCivR, and with parts III.D. and IV.A. of Judge Blackburn's Practice Standards: Civil Actions.

IT IS FURTHER ORDERED that on or before **June 30, 2006**, the parties shall submit a stipulation or motion to dismiss all claims by or against CCL Label, Inc., and to dismiss CCL Label, Inc., from this action.

Dated June 12, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge