IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 98-cv-01641-REB-BNB

CAPITOL PACKAGING CORPORATION, a Colorado corporation;
FREDERICK A. WISE, a Colorado resident,
RAYMOND R. SAINZ, a Colorado resident, and
TEMPLE-INLAND CORPORATION, a Delaware corporation,

Plaintiffs,

v.

STONE CONTAINER CORPORATION, a Delaware corporation;
JEFFERSON-SMURFIT CORPORATION, a Delaware corporation;
CCL LABEL, INC., a Michigan corporation; and
GATEWAY, INCORPORATED, a Delaware corporation,

Defendants.
_____

**ORDER**
_____

I am informed that all claims asserted in this case have been resolved. Accordingly,

IT IS ORDERED that on or before **July 21, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER ORDERED that in view of the settlement of the case the supplemental pretrial conference set for July 17, 2006, at 4:00 p.m., and the requirement to submit a revised final pretrial order by July 12, 2006, are VACATED.

Dated July 10, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge