IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  98-cv-01641-REB-BNB

CAPITOL PACKAGING CORPORATION, a Colorado corporation;
FREDERICK A. WISE, a Colorado resident; and
RAYMOND R. SAINZ, a Colorado resident,

      Plaintiffs,

  v.

STONE CONTAINER CORPORATON, a Delaware corporation;
JEFFERSON SMURFIT CORPORATION (U.S.), a Delaware corporation; and
CCL LABEL, INC., a Michigan corporation,

      Defendants.
_____

# ORDER OF DISMISSAL
_____

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal** [#254], filed July 25, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#254], filed July 25, 2006, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for August 25, 2006, is **VACATED**; and

4.  That the jury trial set to commence September 11, 2006, is **VACATED**.

Dated July 25, 2006, at Denver, Colorado.

                **BY THE COURT:**

                <u>**s/ Robert E. Blackburn**  </u>
                **Robert E. Blackburn**
                **United States District Judge**